IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KEVIN ECKERT,

    Plaintiff,

-vs-

SOLUTIA, INC. DISABILITY INCOME PLAN,
and SOLUTIA EMPLOYEE BENEFITS
PLANS COMMITTEE,

    Defendants.                    NO. 11-CV-833-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on May 30, 2012, this case is **DISMISSED** with prejudice.

                              NANCY J. ROSENSTENGEL,
                              CLERK OF COURT


                              BY:      /s/*Sandy Pannier*
                                              Deputy Clerk

Dated: August 13, 2012

                              Digitally signed by
                              David R. Herndon
                              Date: 2012.08.13
                              16:25:19 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT